May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL SCOTT, Appellant

NO. 14-12-00268-CV                                    V.

WILLIAM MORGAN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 21, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Michael Scott.

We further order this decision certified below for observance.